IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-00112-MHT |
| | ) | (WO) |
| DORIS JOANNE GILMORE | ) | |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment (Doc. 16) in the amount of $2,956,532.18 filed on May 16, 2023. Defense counsel has informed the court orally that the motion is unopposed.

Being fully advised of the relevant facts, this curt hereby finds that the defendant, Doris Joanne Gilmore, obtained at least $2,956,532.18 in proceeds from Federal Program Theft and Willful Failure to Collect or Pay over Tax, to which she pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. §§ 7301 and 7302, 28 U.S.C. § 2461, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $2,956,532.18.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE this the 24th day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE