IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr112-MHT |
| | ) | (WO) |
| DORIS JOANNE GILMORE | ) | |

ORDER

This case is before the court on the United States Probation Department's recommendation to terminate defendant Doris Joanne Gilmore's supervised release early. *See* Notice of 12-Month Individualized Assessment (Doc. 44) at 2. The probation department represents that Gilmore has complied with all conditions of supervised release, maintained stable housing and employment, and consistently submitted negative drug screens and contributed a portion of her wages to payment of her monetary penalties. *See id.* at 1. The government does not oppose the motion. *See id.* at 2. The court agrees that early termination is warranted.

Accordingly, it is ORDERED that the probation

department's recommendation for early termination of supervised release (Doc. 44) is accepted; that defendant Doris Joanne Gilmore's supervised release is terminated; and that defendant Gilmore is discharged.

DONE, this the 12th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE